AO 240A     (Rev. 1/94) Order on Application to Proceed Without Prepayment of Fees

# United States District Court
## District of the Northern Mariana Islands

FILED
Clerk
District Court
AUG -5 2008
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Honorio G. Cambrunero

    Plaintiff

V.

    Defendant

RJCL Corporation dba RNV Construction, and Ruel R. Villacrusis

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: CV 08-0033

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

[X] GRANTED.

    [X] The clerk is directed to file the complaint.

    [ ] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a c[opy] of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All c[osts] of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

_____

ENTER this 5TH day of August, 2008.

_____
Signature of Judicial Officer

JUDGE ALEX R. MUNSON
Name and Title of Judicial Officer