# United States District Court
## District of the Northern Mariana Islands

Honorio G. Cambronero

V.

RJCL Corporation dba RNV Construction, and Ruel R. Villacrusis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **CV 08 - 0033**

FILED
Clerk
District Court

SEP - 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**TO:** (Name and address of Defendant)

RJCL Corporation dba RNV Construction,
and Ruel R. Villacrusis
P.O. Box 504974
Saipan, MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Atty. Stephen C. Woodruff
2/F Hill Law Office Bldg.,
Susupe Tkcha Avenue At Lulai Way
P.O. Box 500770
Saipan MP, 96950
Tel. 235-3872

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez            AUG - 5 2008
CLERK                              DATE

(By) DEPUTY CLERK

AO 440   (Rev. 08/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | August 8, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Mario N. Corpus | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Served Defendant Ruel R. Villacrusis's at the office of RJCL Corporation dba RNV Construction in Garapan, Saipan.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug 8, 2008
               Date                                      Signature of Server

                                                Garapan, Saipan
                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.