FILED
Clerk
District Court

MAR 23 2009

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HONORIO G. CAMBRONERO, ) | Civil No. 08-0033 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| RJCL CORPORATION, doing ) | |
| business as RNV CONSTRUCTION ) | |
| and RUEL R. VILLACRUSIS, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

    PURSUANT TO the court's March 6, 2009, order granting defendants' motion for summary judgment;

    IT IS ORDERED, ADJUDGED, AND DECREED that judgment shall and hereby does enter in favor of defendants and plaintiff shall taken nothing by his complaint; and,

AO 72
(Rev. 08/82)

IT IS FURTHER ORDERED that defendants are awarded costs in the amount of $1,290.50.

DATED this 23rd day of March, 2009.

_____
ALEX R. MUNSON
Judge